# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REANNE SNIDER,<br><br>　　　　　*Plaintiff*,<br><br>　v.<br><br>WOLFINGTON BODY COMPANY, INC.;<br>EAGLE WOLFINGTON LEASING<br>CORPORATION; and RICHARD I.<br>WOLFINGTON, JR.,<br><br>　　　　　*Defendants*. | CIVIL ACTION<br>No. 16-02843 |

## ORDER

**AND NOW**, this 17th day of October, 2016, upon consideration of Defendants' Motion to Dismiss (ECF No. 23) and Plaintiff's Response (ECF No. 24), it is **ORDERED** that the motion is **DENIED** as to Count I and **GRANTED** as to Counts II, III, IV, V, VI, VII, VIII. All claims in those counts are dismissed with prejudice.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　*/s/ Gerald J. Pappert*
　　　　　　　　　　　　　　　　　　　　　GERALD J. PAPPERT, J.